FILED
HARRISBURG
OCT 4 2012
MARY E. D'ANDREA, CLERK
Per_____ [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | WAIVER OF APPEARANCE FOR ARRAIGNMENT BY DEFENDANT CHARGED BY INDICTMENT |
| v. | CRIMINAL NO. 1:CR-12-00086 |
| KULWINDER SINGH GREWAL<br>Defendant | Chief Judge Kane |

I, Kulwinder Singh Grewal, am charged by Superseding Indictment with an offense or offenses under the United States Code.

I have received a copy of the Superseding Indictment and I have reviewed it in its entirety with my counsel. I have likewise thoroughly reviewed the Forfeiture Allegation with my counsel. My plea is **NOT GUILTY** as to all charges.

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment. I waive my right to appear in court at my arraignment.

10/2/12
Date
Signature)

_____ (Original)
Defendant

10/2/12
Date

_____ (Signature)
Counsel for Defendant

☑ Waiver Approved
☐ Waiver Denied

10-4-12
Date

_____ (Signature)
Judicial Officer